In re the Interests of M.N.M. and M.M.

**M.M., Appellant,**

v.

**MISSOURI DIVISION OF FAMILY SERVICES, et al.,**
**Respondents.**

No. WD 51669.

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Seth D. Shumaker, Kirksville, for Appellant.

Wallace Trosen, Kirksville, for Respondents DFS and Waddle.

Paul Rick Jackson, Kirksville, for Guardian ad Litem.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Mother appeals from the judgment of the juvenile court terminating her parental rights under § 211.447.2, RSMo 1994.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Ronald HAMPTON, Appellant.**

**Ronald T. HAMPTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 48747, WD 51453.

Missouri Court of Appeals,
Western District.

Dec. 17, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Assistant Attorney General, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

This is a consolidated appeal pursuant to Rule 29.15(i). Appellant appeals his convictions by jury for two counts of robbery in the first degree, § 569.020, one count of murder in the second degree, § 565.021, one count of assault in the second degree, § 565.060, and four counts of armed criminal action, § 571.015, and the denial of his Rule 29.15 motion.

Appellant's convictions and the denial of his Rule 29.15 are affirmed. Rules 30.25(b) and 84.16(b).